IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LSP TECHNOLOGIES, INC.

    Plaintiff-Counterdefendant,

v.

CONTINUUM ELECTRO-OPTICS,
INC. D/B/A CONTINUUM,

    Defendant-Counterclaimant.

Case No. 2:08-cv-00038-EAS-TPK
(Consolidated)
Judge Sargus
Magistrate Judge Kemp

---

LSP TECHNOLOGIES, INC.

    Plaintiff-Counterdefendant,

v.

CONTINUUM ELECTRO-OPTICS,
INC. D/B/A CONTINUUM,

    Defendant-Counterclaimant.

Case No. 2:08-cv-00039-EAS-MRA
(Consolidated)
Judge Sargus
Magistrate Judge Abel

## ORDER

This cause came to be heard on the unopposed motion of Defendant-Counterclaimant Continuum Electro-Optics, Inc., d/b/a Continuum ("Continuum") to consolidate the two cases titled *LSP Technologies, Inc. v. Continuum Electro-Optics, Inc.*, Case Nos. 2:08-cv-00038-EAS-TPK and 2:08-cv-00039-EAS-MRA for trial. The Court, finding Continuum's motion well-taken, hereby GRANTS the motion in its entirety and consolidates Case Nos. 2:08-cv-00038-EAS-TPK and 2:08-cv-00039-EAS-MRA for all purposes, including trial.

**IT IS SO ORDERED.**

_____ 12-3-2009
UNITED STATES DISTRICT JUDGE SARGUS

Col - 176641.1