IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LSP TECHNOLOGIES, INC.<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>CONTINUUM ELECTRO-OPTICS, INC. D/B/A CONTINUUM,<br><br>    Defendant-Counterclaimant. | Case No. 2:08-cv-00038-EAS-TPK<br>(Consolidated)<br>Judge Sargus<br>Magistrate Judge Kemp |
| LSP TECHNOLOGIES, INC.<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>CONTINUUM ELECTRO-OPTICS, INC. D/B/A CONTINUUM,<br><br>    Defendant-Counterclaimant. | Case No. 2:08-cv-00039-EAS-MRA<br>(Consolidated)<br>Judge Sargus<br>Magistrate Judge Abel |

## ORDER

This cause came to be heard on the unopposed motion of Defendant-Counterclaimant Continuum Electro-Optics, Inc., d/b/a Continuum ("Continuum") to consolidate the two cases titled *LSP Technologies, Inc. v. Continuum Electro-Optics, Inc.*, Case Nos. 2:08-cv-00038-EAS-TPK and 2:08-cv-00039-EAS-MRA for trial. The Court, finding Continuum's motion well-taken, hereby GRANTS the motion in its entirety and consolidates Case Nos. 2:08-cv-00038-EAS-TPK and 2:08-cv-00039-EAS-MRA for all purposes, including trial.

**IT IS SO ORDERED.**

                                                       12-3-2009
                              UNITED STATES DISTRICT JUDGE SARGUS

Col - 176641.1