# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

LSP TECHNOLOGIES, INC.,

      Plaintiff/Counterclaim-Defendant

|  |  |
|---|---|
|  | Case No. C2-08-038 and |
|  |       Consolidated Case No. C2-08-039 |
| vs. | Judge Edmund A. Sargus, Jr. |
|  | Magistrate Judge Terence P. Kemp |

CONTINUUM ELECTRO-OPTICS,
INC. D/B/A CONTINUUM,

      Defendant-Counterclaimant.

## ORDER

On February 18, 2010, counsel for Plaintiff reported to the Court that the parties had reached a settlement in this consolidated case. Accordingly, the parties shall submit an appropriate **DISMISSAL ENTRY** within **THIRTY (30) DAYS** of the date of this Order. This case is scheduled for a **STATUS CONFERENCE** on **MARCH 19, 2010 at 10:00 A.M.**, unless the parties submit the dismissal entry prior to this date.

      **IT IS SO ORDERED.**

_____2-18-2010_____
**DATED**

                           _____
                           **EDMUND A. SARGUS, JR.**
                           **UNITED STATES DISTRICT JUDGE**