IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LSP TECHNOLOGIES, INC.,

    Plaintiff/Counterclaim-Defedant,

                                Case No. 2-08-cv-038 and
                                    Consolidated Case No. C2-08-039
v.                            Judge Sargus
                                Magistrate Judge Kemp

CONTINUUM ELECTRO-OPTICS,
INC. D/B/A CONTINUUM,

    Defendant-Counterclaimant.

## ORDER

By prior order, the Court noted that the Parties had advised that this case had settled. No settlement has been filed and this case is scheduled for a status conference on March 19, 2010 at 10:00 a.m. Principal representatives from all parties shall attend in person.

**IT IS SO ORDERED.**

3-9-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE