IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LSP TECHNOLOGIES, INC.,

    Plaintiff/Counterclaim-Defendant,

                                Case No. C2-08-038
                                     Consolidated Case No. C2-08-039
v.                              Judge Sargus
                              Magistrate Judge Kemp

CONTINUUM ELECTRO-OPTICS,
INC. D/B/A CONTINUUM,

    Defendant-Counterclaimant

## ORDER

In response to the Defendant-Counterclaimant's motion concerning the Status Conference scheduled for Friday, March 19, 2010, and the Plaintiff/Counterclaim-Defendant's response thereto (Documents 63 & 64), the Parties are hereby ordered to propose to the Court at least two dates/times between March 22nd and April 9th when the Parties' principal representatives and attorneys can appear in person before the Court for a Status Conference. If the Parties cannot agree upon a date and time, one will be set by order of the Court.

**IT IS SO ORDERED.**

3-15-2010
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
UNITED STATES DISTRICT JUDGE